**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**MICHAEL LAWRENCE BURGESS,**

    Petitioner,

    v.                              Civil Action 2:16-cv-0020
                                   Criminal No. 2:04-cr-147
                                   Judge Frost
                                   Magistrate Judge King

**UNITED STATES OF AMERICA,**

    Respondent.

## ORDER

On January 12, 2016, the United States Magistrate Judge recommended that petitioner's January 8, 2016 *Motion to Vacate under 28 U.S.C. § 2255* be transferred to the United States Court of Appeals for the Sixth Circuit as a second or successive petition. *Report and Recommendation* (ECF No. 120)(citing 28 U.S.C. §§ 2244, 2255). Petitioner was granted until February 22, 2016 to object to that recommendation. *Order* (ECF No. 121). There has been no objection.

The *Report and Recommendation* (ECF No. 120) is **ADOPTED AND AFFIRMED**. This action is **ORDERED TRANSFERRED** to the United States Court of Appeals for the Sixth Circuit as a second or successive petition. *See In re Sims*, 111 F.3d 45, 47 (6th Cir. 1997).

                                                    */s/  GREGORY L. FROST*
                                                        Gregory L. Frost
                                                 United States District Judge